IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAGNOLIA'S FINE HOMES & ESTATES, INC. PRESIDENT/CEO JOHN R WILSON,

Plaintiffs,

v.

LASALLE BANK NA., LITTON INDUSTRIES and DOES 1-10,

Defendants.

No. C 09-05600 JSW

**ORDER OF DISMISSAL**

On December 1, 2009, this Court denied Plaintiff Magnolia's Fine Homes & Estates, Inc. President/CEO John R Wilson's application to proceed in forma pauperis and dismissed the complaint, but granted Plaintiff leave to file an amended complaint and application to proceed in forma pauperis. In that Order, the Court stated that if an amended complaint was not filed, the action would be dismissed.

Plaintiff has not filed an amended complaint. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAGNOLIA'S FINE HOMES & ESTATES, INC. PRESIDENT/CEO JOHN R WILSON,

Plaintiff,

v.

LASALLE BANK NA et al,

Defendant.

Case Number: CV09-05600 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magnolia's Fine Homes & Estates, Inc.
President / CEO John R. Wilson
30230 Cedarbrook Road
Hayward, CA 94544

Dated: January 12, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk