**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MAGNOLIA'S FINE HOMES & ESTATES,
     INC. PRESIDENT/CEO JOHN R WILSON,

10                                                    No. C 09-05600 JSW

             Plaintiffs,

11

     v.

12                                                    **ORDER OF DISMISSAL**

     LASALLE BANK NA., LITTON

13   INDUSTRIES and DOES 1-10,

14           Defendants.

                                                    /

15

16        On December 1, 2009, this Court denied Plaintiff Magnolia's Fine Homes & Estates,

17   Inc. President/CEO John R Wilson's application to proceed in forma pauperis and dismissed the

18   complaint, but granted Plaintiff leave to file an amended complaint and application to proceed

19   in forma pauperis.  In that Order, the Court stated that if an amended complaint was not filed,

20   the action would be dismissed.

21        Plaintiff has not filed an amended complaint.  Accordingly, this matter is DISMISSED

22   WITHOUT PREJUDICE for failure to prosecute.  The Clerk is directed to close the file.

23        **IT IS SO ORDERED.**

24

25   Dated: January 12, 2010

                                                    JEFFREY S. WHITE

26                                                  UNITED STATES DISTRICT JUDGE

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAGNOLIA'S FINE HOMES &
ESTATES, INC. PRESIDENT/CEO
JOHN R WILSON,

     Plaintiff,

  v.

LASALLE BANK NA et al,

     Defendant.
_____/

Case Number: CV09-05600 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magnolia's Fine Homes & Estates, Inc.
President / CEO John R. Wilson
30230 Cedarbrook Road
Hayward, CA 94544

Dated: January 12, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk